Richard S. WOOD, Petitioner,

v.

**DEPARTMENT OF DEFENSE,**
**Respondent.**

No. 06–3029.

United States Court of Appeals,
Federal Circuit.

July 25, 2006.

Before NEWMAN, LOURIE, and
LINN, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir.
R. 36

Thomas E. GAGHAN, Jr., Petitioner,

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

No. 2006–3286.

United States Court of Appeals,
Federal Circuit.

July 25, 2006.

Thomas E. Gaghan, Jr., pro se.

**ORDER**

Order Vacated, See 2006 WL 2572113.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.